PETER W. SKLADZIEN, APPELLANT, v. BOARD OF EDUCATION OF THE CITY OF BAYONNE ET AL., RESPONDENTS.

Argued February 8, 1935—Decided May 17, 1935.

204

For the appellant, *Charles Rubenstein.*

For the respondents, *Alfred Brenner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, VAN BUSKIRK, HETFIELD, DEAR, JJ.   8.

*For reversal*—DONGES, PERSKIE, KAYS, WELLS, JJ.   4.